[360 N.C. 361 (2006)]

IN THE MATTER OF J.W. AND K.W.

No. 592A05

(Filed 3 March 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 173 N.C. App. ——, 619 S.E.2d 534 (2005), affirming a judgment terminating respondent's parental rights entered 12 March 2004 by Judge Addie H. Rawls in District Court, Harnett County. On 1 December 2005, the Supreme Court allowed respondent's petition for discretionary review as to an additional issue. Heard in the Supreme Court 15 February 2006.

*E. Marshall Woodall for petitioner-appellee Harnett County Department of Social Services.*

*Peter Wood for respondent-appellant mother.*

*Elizabeth Myrick Boone for appellee Guardian ad Litem.*

PER CURIAM.

AFFIRMED.